# Davis *v.* Taylor.

APPEAL from the Circuit Court of Lowndes.
Tried before the Hon. J. C. RICHARDSON.

LOMAX, CRUM & WEIL and CHAS. A. WHITTEN, for appellant.

GORDON & MCGAUGH, for appellee.

This was an action of unlawful detainer, brought by the appellant against the appellee.

From a judgment in favor of the defendant plaintiff appeals.

The judgment is reversed and the cause remanded.

Opinion by HARALSON, J.